UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  ED CV 14-2407-PA (PLA)                               Date  **February 9, 2015**

Title:  Luke W. Caines, Jr. v. Joe A. Lizarraga, Warden

---

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**
NONE

**ATTORNEYS PRESENT FOR RESPONDENTS:**
NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of November 24, 2014, petitioner was ordered to file a status report informing the Court of his progress in exhausting his claims in state court on or before January 26, 2015. To date, a status report has not been filed with the Court. Accordingly, **no later than February 20, 2015, petitioner is ordered to show cause** why the stay previously ordered in this action should not be lifted. Filing of the status report on or before **February 20, 2015**, shall be deemed compliance with this Order to Show Cause.

cc:     Luke W. Caines, Jr., pro se

Initials of Deputy Clerk    ch