# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE WAINE CAINES,<br>        Petitioner,<br>  v.<br>JOSIE GASTELO, Acting Warden,<br>        Respondent. | NO. EDCV 14-2407-PA (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Respondent's Objections to the Report ("Respondent's Objections"), Petitioner's Objections to the Report ("Petitioner's Objections"), Petitioner's Objections to Respondent's Objections, and Petitioner's Motion to Augment the Record on Appeal (the "Motion"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court concludes that the arguments presented in Respondent and Petitioner's Objections do not affect or alter the analysis and conclusions set forth in the Report.

However, in adopting the Report, the Court amends page 16 of the Report to omit the following two sentences on lines 6 through 10 of that page:

> However, Respondent does not explicitly trace, for this Court, the progress of Petitioner's claims through the state courts on collateral review and does not specifically show which of Petitioner's claims have been "adjudicated on the merits" by the state courts. Further, Respondent does not identify if there is, in fact, a "last reasoned decision" from the state courts on each of Petitioner's claims.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report as amended and denies the Motion. Therefore, IT IS ORDERED that: (1) the Petition is DENIED; (2) the Motion is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: December 19, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE