JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE WAINE CAINES,<br>　　　　Petitioner,<br>　　v.<br>JOSIE GASTELO, Acting Warden,<br>　　　　Respondent. | NO. EDCV 14-2407-PA (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 19, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE